# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

```
* * * * * * * * * * * * * * * * * * *
LISA APPLEGATE,                      *
                                     *    No. 16-379V
                  Petitioner,        *    Special Master Christian J. Moran
                                     *
v.                                   *
                                     *
SECRETARY OF HEALTH                  *    Filed: April 24, 2017
AND HUMAN SERVICES,                  *    Attorneys' fees and costs
                                     *
                  Respondent.        *
* * * * * * * * * * * * * * * * * * * *
```

Jeffrey S. Pop, Jeffrey S. Pop, Attorney at Law, Beverly Hills, CA, for petitioner;
Amy P. Kokot, United States Dep't of Justice, Washington, DC, for respondent.

## UNPUBLISHED DECISION ON FEES AND COSTS[1]

On April 9, 2017, petitioner moved for final attorneys' fees and costs in the above-captioned matter. Upon review of petitioner's application, respondent raised no objections to the attorneys' fees sought. Resp't's Resp., filed April 21, 2017, at 1.

On March 24, 2016, Lisa Applegate filed a petition for compensation alleging that the tetanus-diphtheria-acellular pertussis ("TDaP") vaccine, which she received on May 5, 2014, caused her to suffer Guillain-Barre Syndrome ("GBS") and Bell's Palsy. The undersigned issued a decision awarding compensation to petitioner based on the parties' joint stipulation. Decision, issued Feb. 16, 2017, 2017 WL 972105.

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

Because petitioner received compensation, petitioner is entitled to an award of attorneys' fees and costs. 42 U.S.C. § 300aa-15(e). Petitioner seeks a total of **$18,065.36** in attorneys' fees and costs. In compliance with General Order No. 9, petitioner states that she advanced no monies for reimbursable costs in pursuit of his claim.

After reviewing the request, the Court awards the following:

**A lump sum of $18,065.36 in the form of a check made payable to petitioner and petitioner's attorney, Jeffrey S. Pop, of Jeffrey S. Pop, Attorney at Law, for attorneys' fees and other litigation costs available under 42 U.S.C. § 300aa-15(e).**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**.

                                                          <u>s/Christian J. Moran</u>
                                                          Christian J. Moran
                                                          Special Master

---

[2] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.